UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRACEY TRAHAN ET AL** | **CASE NO.  6:20-CV-01004** |
| **VERSUS** | **JUDGE JUNEAU** |
| **TECHE TOWING, INC ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion to Remand and Motion for Attorney's Fees, Rec. Doc. 6, is **GRANTED** as to the Motion to Remand and **DENIED** as to the Motion for Attorney's Fees. This matter is **REMANDED** to the 16th Judicial District Court in St. Mary Parish, Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE